**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

SCOTT A. BROWN,  CASE NO. 24-40115-KKS
  CHAPTER 13

    Debtor.
_____/

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)**

The Debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I filed this bankruptcy petition on March 22, 2024.

2. I previously filed bankruptcy, Case No. 23-40268-KKS, under Chapter 13 on July 19, 2023. That case was dismissed on February 27, 2024.

3. I have had a change in my financial or personal affairs since the dismissal of the last case; those changes are:

   - I have a new job with steady income.

4. I have not had any prior case(s) dismissed in the past year for any of the following reasons:

   - failure to perform the terms of a plan confirmed by the Court;
   - failure to file or amend other required documents without substantial excuse; or
   - failure to provide adequate protection as ordered by the Court.

5. I believe that this case will result in a confirmed Plan that I will be able to perform under and my being granted a discharge.

1

I declare under penalty of perjury that the information in this Affidavit is true and correct.

    DATED:  March 25, 2024

                                      */s/ Scott A. Brown*
                                      SCOTT A. BROWN, Debtor